IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC WOOD,
        Plaintiff,
    v.
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, S.C.I. SOMERSET,
        Defendant

Case No. 3:13-cv-49-KRG-KAP

## MEMORANDUM ORDER

Plaintiff's motion for reconsideration, docket no. 11, was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 15, 2013, docket no. 14, recommending that the motion be denied. The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the Report and Recommendation, and noting the absence of objections thereto, the following order is entered:

AND NOW, this **17th** day of September, 2013, it is

ORDERED that the motion for reconsideration, docket no. 11, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

>Eric Wood KS-8093
>S.C.I. Somerset
>1600 Walters Mill Road
>Somerset, PA 15510